# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 1, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143681

JACLYN S. ALLEN,
            Plaintiff-Appellant,

v

AMERICAN GENERAL FINANCIAL
SERVICES, INC.,
            Defendant-Appellee,

and

CRYSTAL GALE BLACK and JAMES
ROBERT BLACK,
            Defendants.

_____/

SC: 143681
COA: 297392
Washtenaw CC: 09-000054-NI

On order of the Court, the application for leave to appeal the July 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 1, 2012

_____
Clerk

d0125